COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



NOTICE OF ORDER ON MOTION

| | |
|---|---|
| Cause number: | 01-12-00299-CR |
| Style: | Cregory Thompson |
| | **v** The State of Texas |
| Date motion filed[*]: | October 31, 2013 |
| Type of motion: | Motion to publish opinion |
| Party filing motion: | State of Texas |

IT IS ORDERED that the motion is GRANTED. *See* TEX. R. APP. P. 19.3(e).

Judge's signature: /s/ Jane Bland

☑ Acting individually      ☐ Acting for the Court

Panel consists of Justices Jennings, Bland, and Massengale

Date: July 3, 2014